# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      No. 4:08CR00251-01 JLH

DONALD RAY FORTE                                          DEFENDANT

## ORDER

Pending before the Court is the government's motion for a brief continuance of the supervised release revocation hearing currently set for Tuesday, December 11, 2012. Without objection, the motion is GRANTED. Document #63. The hearing on the pending motion and supplemental motion to revoke supervised release of defendant Donald Ray Forte is hereby rescheduled for ***TUESDAY, DECEMBER 18, 2012, at 9:15 A.M.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Documents #57 and #61.

IT IS SO ORDERED this 10th day of December, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE